UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BARRY PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | 1:23-cv-02687-MLB |
| v. | ) | |
| | ) | |
| PENSKE TRUCK LEASING CO. L.P. | ) | |
| and JERRY DYER, II | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

COME NOW the Plaintiff and Defendants and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal with prejudice of this civil action in its entirety. Each party is to bear its own fees and costs.

This 5th day of February, 2025.

                                                   MOSELEY MARCINAK LAW GROUP, LLP

                                                   */s/ Anna K. Beaton*
                                                   Blair J. Cash, Esq.
                                                   Georgia Bar No. 360457
                                                   blair.cash@momarlaw.com
                                                   Anna K. Beaton, Esq.
                                                   Georgia Bar No. 421320
                                                   anna.beaton@momarlaw.com

{00658479-2}

*Attorneys for Defendant*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258

HAUG BARRON LAW GROUP, LLC

/s/ *William T. "Billy" Joyner\**
William T. "Billy" Joyner
Georgia Bar No. 222755
wjoyner@hauglawgroup.com
*Attorney for Plaintiff*
*(\*signed with express permission by Anna Beaton)*

HAUG BARRON LAW GROUP, LLC
8237 Dunwoody Place, Bldg 18
Atlanta, Georgia 30350
404-850-1322

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing document was prepared in accordance with N.D. Georgia Local Rule 5.1 and 7.1(D). Specifically, counsel certifies that he has used 14-point Times New Roman as the font in these documents.

            MOSELEY MARCINAK LAW GROUP, LLP

            */s/ Anna K. Beaton*
             Blair J. Cash, Esq.
             Georgia Bar No. 360457
             blair.cash@momarlaw.com
             Anna K. Beaton, Esq.
             Georgia Bar No. 421320
             anna.beaton@momarlaw.com
             *Attorneys for Defendant*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258

**CERTIFICATE OF SERVICE**

I further certify that I have electronically filed this day this STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record who are CM/ECF participants:

William T. "Billy" Joyner, Esq.
Haugh Barron Law Group, LLC
8237 Dunwoody Place, Bldg. 18
Atlanta, Georgia 30350
wjoyner@hauglawgroup.com

This 5th day of February, 2025.

MOSELEY MARCINAK LAW GROUP, LLP

*/s/ Anna K. Beaton*
Blair J. Cash, Esq.
Georgia Bar No. 360457
blair.cash@momarlaw.com
Anna K. Beaton, Esq.
Georgia Bar No. 421320
anna.beaton@momarlaw.com
*Attorneys for Defendant*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258